MORITT HOCK HAMROFF & HOROWITZ LLP
Counsel to the Debtors and Debtors-in-Possession
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Marc L. Hamroff, Esq.
Theresa A. Driscoll, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                Chapter 11

D-A-M LIQUIDATING CORP., et al.,

                Case No. 09-41966

          Debtor.    (Jointly Administered)
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
         ) ss.:
COUNTY OF NASSAU)

   Gabrielle LaRosa, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

   On the 3rd day of August 2009, I served a true copy of the NOTICE OF FILING OF FIRST FEE STATEMENT OF HOWARD IP LAW GROUP, P.C. AS ORDINARY COURSE PROFESSIONAL by first class mail addressed to the last known address of the addressee(s) of the parties reflected below:

To:

Joe Vicens
Chief Liquidating Officer
D-A-M Liquidating Corp.
31-10 48th ave.
Long Island City, NY 11101

William E. Curtin, Trial Attorney
United States Department of Justice
Office of the United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

Thomas A. Draghi, Esq.
Westerman Ball Ederer Miller & Sharfstein, LLP
170 Old Country Road, Suite 400
Mineola, New York 11501

/s/ Gabrielle LaRosa
Gabrielle LaRosa

Sworn to before me this
3rd day of August 2009

/s/ Elaine Taub
Elaine Taub
Notary Public
State of New York
No. 01TA5009181
Qualified in Nassau County
Commission Expires March 8, 2011